# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT LEE GOULD, and EVELYN KNIGHT GOULD,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **RONALD HUNTER, Attorney for Plaintiffs, WILMINGTON FUND SOCI[E]TY, FSB, DBA Christiana Trust, and TRUSTEE FOR VENTURES TRUST, 2013-I-H-R,** <br><br> **Defendants.** | **8:15CV453** <br><br> **ORDER TO SHOW CAUSE** |

This matter comes before the court *sua sponte*. On May 24, 2016, this court gave the plaintiffs until June 17, 2016, to file proof of service on the defendants, or show cause why the action should not be dismissed for failure to prosecute. (Filing No. 8). On June 17, 2016, the plaintiffs, proceeding *pro se*, filed certain documents with the court in response. (Filing No. 9). Pursuant to the Memorandum and Order entered by Chief Judge Smith Camp on September 20, 2016, this action was dismissed as to defendants Judge Thomas Saladino, CitiMortgage, Inc., and Federal National Mortgage Association a/k/a Fanny Mae Mortgage. (Filing No. 15).

In reviewing the documents filed by the plaintiffs in response to this court's show cause order, the court finds the documents are insufficient to establish proof of service upon the remaining defendants. For example, with respect to defendant Ronald Hunter, plaintiff Robert Gould states the plaintiffs are "waiting on postal . . . return receipt but said he received the summons." (Filing No. 9 at p. 5). The plaintiffs also filed a proof of service for a "Wilmington Bank" dated June 17, 2016, stating they are "waiting for receipt of delivery from postal [sic] but was served." (Filing No. 9 at p. 7). None of the

documents reference service of the defendant Trustee for Ventures Trust.  There are no signed return receipts in the record.

There is still no evidence before the court demonstrating the remaining defendants have been properly served.  The court shall provide the plaintiffs with a second opportunity to make a showing of good cause for failing to timely serve Ronald Hunter, Wilmington Fund Society, and Trustee for Ventures Trust, or the action must be dismissed as to those defendants.  Plaintiffs may want to review this district's resources for pro se individuals, found at http://www.ned.uscourts.gov/public/proceeding-without-an-attorney, for information regarding self-representation in this court.   Accordingly,

**IT IS ORDERED:**   The plaintiffs shall have until **on or before October 14, 2016**, to file proof of service on defendants Ronald Hunter, Wilmington Fund Society, and Trustee for Ventures Trust, or show cause why the action should not be dismissed for failure to prosecute.

**DATED: September 21, 2016.**

           **BY THE COURT:**

           **s/ F.A. Gossett**
           **United States Magistrate Judge**