IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT LEE GOULD, AND EVELYN KNIGHT GOULD,<br><br>              Plaintiffs,<br><br>   vs.<br><br>RONALD HUNTER, Attorney for Plaintiffs; WILMINGTON FUND SOCITY, AND FSB, DBA Christiana Trust; and TRUSTEE FOR VENTURES TRUST, 2013-I-H-R;<br><br>              Defendants. | 8:15CV453<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett, ECF No. 17, recommending that this case be dismissed for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 17, are adopted in their entirety; and

2. The above-captioned case is dismissed without prejudice.

Dated this 1st day of December, 2016

                                                BY THE COURT:

                                                s/Laurie Smith Camp<br>
                                                Chief United States District Judge